UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER & STEVENS, LLP
JOHN J. SCURA III, ESQUIRE
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973)696-8391
Attorneys for Debtors

| In Re: | Case No.: 10-48668 (DHS) |
|---|---|
| Ronnye & Rina Hurtado, | Chapter 7 |
| Debtors. | Hearing Date: |

### NOTICE OF MOTION OF DEBTORS TO REOPEN BANKRUPTCY CASE, DISCHARGE DEBT AND FOR VIOLATION OF AUTOMATIC STAY AND AWARD OF ATTORNEY FEES AND COSTS

TO:   ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned will move before the United States Bankruptcy Court located at 50 Walnut Street in the Martin Luther King, Jr. Federal Building in Newark, New Jersey on April ___, 2014 at __:__ am/pm or as soon thereafter as counsel may be heard for an Order permitting debtor to Re-open the above Chapter 7 Case, Discharge Debt and For Violation of the Automatic Stay and Award of Attorney Fees and Costs; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if the motion is contested or so directed by the court; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached certification in support of the motion; and

**PLEASE TAKE FURTHER NOTICE** that this matter does not involve complicated issues of law or fact and therefore no brief is necessary; and

**PLEASE TAKE FURTHER NOTICE** that any opposition must be filed within 7 days of the hearing.

SCURA, WIGFIELD, HEYER & STEVENS LLP
Attorneys for Debtor, Ronnye & Rina Hurtado


 /s/ John J. Scura III
John J. Scura III, Esq.

Dated: May 6, 2014

**SERVICE LIST**

U.S. Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Ronnye & Rina Hurtado
148 Williams Ave.
Hasbrouck Heights, NJ 07604

Nancy Isaacson, Trustee
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Ave, Ste. 301
Roseland, NJ 07068-3701

Ralph Gulko, Esq.
Joseph Valenzuela, Esq.
Pressler & Pressler, LLP
7 Entin Road
Parsippany, NJ 07054-5020