

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>SCURA, WIGFIELD, HEYER & STEVENS, LLP<br>JOHN J. SCURA III, ESQUIRE<br>1599 HAMBURG TURNPIKE<br>WAYNE, NJ 07470<br>(973)696-8391<br>Attorneys for Debtors | |
|---|---|
| In Re:<br><br>Ronnye & Rina Hurtado,<br><br><br>Debtors. | Case No.: 10-48668 (DHS)<br><br>Chapter 7 |

**ORDER GRANTING MOTION OF DEBTOR TO REOPEN BANKRUPTCY CASE, DISCHARGE DEBT AND FOR VIOLATION OF AUTOMATIC STAY AND AWARD OF ATTORNEY FEES AND COSTS**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: 5/15/2014**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

Debtor: Ronnye & Rina Hurtado
Case No.: 10-48668 (DHS)

Caption of Order: **ORDER GRANTING MOTION OF DEBTOR TO REOPEN BANKRUPTCY CASE, DISCHARGE DEBT AND FOR VIOLATION OF AUTOMATIC STAY AND AWARD OF ATTORNEY FEES AND COSTS**

THIS MATTER having been brought to the Court by way of motion by Scura, Wigfield, Heyer & Stevens, LLP, attorneys for the Debtors, Ronnye and Rina Hurtado, and on notice to the creditor, the standing chapter 7 trustee and the U.S. Trustee's Office and the Court having considered the papers submitted in conjunction with the motion; and arguments of counsel and for good cause shown:

IT IS HEREBY

**ORDERED** that the debtors' case, Case No. 10-48668 is hereby re-opened: and it is further

**ORDERED** that the debt owed to the State of New Jersey, Department of Labor and Workforce Development, Division of Workers' Compensation is discharged and the lien against the debtors' Cadillac and other personal property is avoided: and it is further

**ORDERED** that due to the filing of this Motion, the Motion to Reopen the Case, Pressler & Pressler, LLP shall pay Debtors' attorney fees in the amount of $2,500 and costs in the amount of $260 for the filing fee for the Motion to Reopen the Case within fourteen (14) days of this Order ~~and sanctions against Pressler & Pressler, LLP in the amount of $_____ for violation of the automatic stay.~~ DHS

**ORDERED** that a copy of this order shall be served on all parties within five (5) days of the date of receipt of this order.

*Approved by Judge Donald H. Steckroth May 15, 2014*